# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DODSON & HOOKS, APLC

VERSUS

THE LOUISIANA COMMUNITY
DEVELOPMENT CAPITAL FUND,
INC. (CAPFUND)

CONSOLIDATED WITH

LOUISIANA COMMUNITY
DEVELOPMENT CAPITAL FUND,
INC. (CAPFUND)

VERSUS

DODSON & HOOKS, APLC

NO. 2021 CW 0884

**OCTOBER 25, 2021**

---

In Re:    Dodson & Hooks, APLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 642,674 c/w 652,673.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.** This court requires a transcript of the April 28, 2021 hearing at the district court.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including a transcript of the April 28, 2021 proceedings, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before November 27, 2021 and must contain a copy of this ruling.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT